THE HONORABLE RICARDO S. MARTINEZ

# UNTIED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEXRF CORP., <br><br> Plaintiff, <br><br> v. <br><br> ARISTOCRAT INTERNATIONAL PTY LTD., PRODUCT MADNESS, INC., and BIG FISH GAMES, INC., <br><br> Defendant. | Case No. 2:21-cv-00798-RSM <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME** <br><br> **NOTE ON MOTION CALENDAR: July 6, 2021** |

Pursuant to Local Civil Rule 16(b)(6) and Federal Rule of Civil Procedure 16(b)(4), the parties, through their respective counsel of record, submit the following stipulation and proposed order to amend the following scheduling dates:

1. On June 11, 2021, Plaintiff filed its complaint in this action ("Complaint"). Dkt. 1.

2. Counsel for Defendants Aristocrat International Pty Ltd. ("Aristocrat"), Product Madness, Inc. ("Product Madness"), and Big Fish Games, Inc. ("Big Fish") (collectively, "Defendants") was recently retained in this action.

3. Aristocrat is a foreign company located outside the United States. Plaintiff served Aristocrat on June 18, 2021. Dkt. 8. Aristocrat's deadline to answer or otherwise respond to Plaintiff's Complaint is currently July 9, 2021.

4. Product Madness and Big Fish were served on June 21, 2021, and their deadline to answer or otherwise respond to Plaintiff's Complaint is currently July 12, 2021.

5. On June 30, 2021, the Court entered an Order Regarding FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report ("Initial Scheduling Order") setting initial scheduling dates. Dkt. 13.

6. Based on the recent retention of counsel and the need for more time to assess claims and defenses, Defendants seek a 30-day extension of time to answer or otherwise respond to the Complaint. For these reasons, Defendants also maintain that there is good cause to amend the Initial Scheduling Order. Accordingly, the parties have conferred and agree and stipulate, subject to the Court's approval, to the following adjustments to the case schedule so as to allow counsel for Defendants further time to review this matter, and to ensure all Defendants are synchronized to the same schedule.[1]

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Aristocrat to answer or otherwise respond to the Complaint | July 9, 2021 | August 11, 2021 |
| Deadline for Big Fish and Product Madness to answer or otherwise respond to the Complaint | July 12, 2021 | August 11, 2021 |
| Deadline for FRCP 26(f) Conference | July 14, 2021 | August 25, 2021 |
| Deadline to exchange Initial Disclosures | July 21, 2021 | September 1, 2021 |
| Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f) | July 28, 2021 | September 8, 2021 |

IT IS SO STIPULATED.

---

[1] Per the Court's Order, Dkt. 13, counsel will provide the same proposed dates to Ms. Cuaresma, the Courtroom Deputy, via email.

STIPULATION AND [PROPOSED]　　　　　　　　　　　　　　　　　　Bracewell LLP
ORDER FOR EXTENSION OF TIME　　　-2-　　　701 5th Avenue, Suite 6200
2:21-cv-00798-RSM　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　206-204-6200 (t)

Dated: July 6, 2021.

**BRACEWELL LLP**

/s/ Douglas F. Stewart

Douglas F. Stewart, WSBA No. 34068
Jared D. Schuettenhelm, WSBA No. 46181
Patrick J. Connolly, WSBA No. 46767
701 5th Avenue, Suite 6200
Seattle, WA 98104
doug.stewart@bracewell.com
jared.schuettenhelm@bracewell.com
patrick.connolly@bracewell.com
Telephone: (206) 204-6200
Facsimile: (800) 404-3970

David J. Ball
david.ball@bracewell.com
1251 Avenue of the Americas
49th Floor
New York, NY 10020
Telephone: (212)-508-6100
Facsimile: (800) 404-3970

*Counsel for Defendants, Aristocrat International Pty Ltd., Product Madness, Inc., and Big Fish Games, Inc.*

**FOLIO LAW GROUP, PLLC**

/s/ Steven T. Skelley
Steven T. Skelley, WSBA No. 53017
Cristofer Leffler, WSBA No. 35020
Michael Saunders, WSBA No. 51550
14512 Edgewater Lane NE
Lake Forest Park, WA 98155
Telephone: (206) 512-9051
steve.skelley@foliolaw.com
cris.leffler@foliolaw.com
mike.saunders@foliolaw.com

*Counsel for Plaintiff, NEXRF Corp.*

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME      -3-
2:21-cv-00798-RSM

Bracewell LLP
701 5th Avenue, Suite 6200
Seattle, WA 98104
206-204-6200 (t)

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 7th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE